**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronald Jabriel ROBINSON,
Defendant–Appellant.**

**No. 13–14101
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 20, 2014.

Jill E. Steinberg, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Michael Saul, Law Offices of Michael Saul, Marietta, GA, for Defendant–Appellant.

Before HULL, MARCUS and ANDERSON, Circuit Judges.

**PER CURIAM:**

Michael H. Saul, appointed counsel for Ronald Jabriel Robinson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Robinson's convictions and total sentence are **AFFIRMED.**